PROB 12A
(12/98)
RE: KLEIN, Todd

# United States District Court

for

Southern District of Ohio

## Report on Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | **Todd W Klein** | Case Number: **1:02CR00153** |
| Name of Sentencing Judicial Officer: | **The Honorable Susan J. Dlott**<br>**United States District Judge** | |
| Date of Original Sentence: | **December 16, 2004** | |
| Original Offense: | **Count One-Bank Fraud, a violation of 18 U.S.C. § 1344; Counts Two and Three-Interstate Transportation of a Stolen Motor Vehicle, violations of 18 U.S.C. § 2312** | |
| Original Sentence: | **10 month(s) prison on Counts One, Two, and Three, such sentences to be served concurrently with one another, 60 month(s) supervised release on Count One, and three 3 year(s) supervised release on Count Two and Three, concurrently** | |
| Special Conditions: | **1) No new credit lines or additional lines of credit without approval of the probation officer**<br>**2) Provide probation officer access to all requested financial information and submit monthly pay stubs to probation officer**<br>**3) Defendant is required to comply with all tax laws**<br>**4) Pay $300 special assessment**<br>**5) Pay restitution in the amount of $51,947.58 to the three victim companies in this case** | |
| Type of Supervision: **Supervised Release** | | Date Supervision Commenced: **January 31, 2005** |

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Klein has allegedly violated the mandatory condition of supervised release which states, "The defendant shall not commit another federal, state, or local crime". |

On June 26, 2006, Klein was cited for Driving While Under Suspension. On September 18, 2006, the offender appeared in the Hamilton County Municipal Court on the above case under Docket Number C/06/TRD/31544, at which time he pled no contest and was found guilty. It should be indicated the offender obtained a new driver's license on September 12, 2006. The offender was fined $20 and assessed Court costs, and was ordered to come to Court on October 26, 2006, for the purpose of payment of this fine. The offender failed to report for Court on that date and a capias warrant, with a $104 bond, was issued. The offender was arrested on this capias on November 4, 2006, and was ordered held

in custody until November 6, 2006, when he was released by Hamilton County Municipal Court Judge Ted N. Berry.

On November 4, 2006, Klein was arrested pursuant to warrants issued against him on a seven count Indictment under Docket Number 06/CRA/44008, in the Hamilton County Municipal Court in Cincinnati, Ohio. On November 6, 2006, he was released on a $1,000-10% bond per each count, for a total of $700, by Judge Ted N. Berry. He then reported back to the Hamilton County Court of Common Pleas Grand Jury on November 14, 2006, when he was indicted on seven counts listed under the above case number.

Count A charged the offender with Theft. Information obtained by this officer revealed that on or about August 28, 2006, Klein initially used a check with insufficient funds to purchase a 2002 Chevrolet Impala from Thompson McConnell Cadillac, Incorporated, located at 2820 Gilbert Avenue. The offender also delayed the discovery of the criminal behavior by issuing a fraudulent cashier's check to pay for the vehicle. He was issued the title to the vehicle and the vehicle, but never paid any money for the car.

Count B charged the offender with Theft. It stated that on or about August 28, 2006, the offender obtained a 1998 Cadillac Catera at the above automobile dealer by using a check with insufficient funds.

Count C charged the offender with Forgery with Possession to Utter due to the fact that on or about September 15, 2006, he used a fictitious Huntington National Bank cashier's check for $6,500 to purchase a 2002 Chevrolet Impala. However, he successfully used the Huntington National Bank check on September 15, 2006, to purchase the vehicle.

Count D charged the offender with Theft because on or about August 28, 2006, Klein obtained a 2004 Infinity automobile by deceiving Thompson McConnell Cadillac through his September 15, 2006, use of a fraudulent cashier's check. This check was determined to be fake on November 3, 2006. Klein deceived the automobile dealer into believing that he had paid for the vehicle and no money was exchanged.

Count E charged the offender with Forgery-Possession to Utter in that the offender brought a $25,000 cashier's check on September 15, 2006, to the above automobile dealer and collected the title to the vehicle and paid for the 2004 Infinity vehicle at that time.

Count F charged that on or about August 28, 2006, the offender obtained a 1985 Cadillac Deville by paying for the vehicle with a countercheck that he listed a false account number. On August 31, 2006, he presented a new check for the vehicle to correct this countercheck mistake which later came back with insufficient funds. On September 15, 2006, the offender brought a cashier's check for the vehicle and collected the title to the vehicle. This check was determined to be fake on November 3, 2006.

Count G charged the offender with Forgery-Possession to Utter in that on September 15, 2006, he brought a forged fraudulent cashier's check in the amount of $4,200 to pay for a 1998 Cadillac Catera automobile.

U.S. Probation Officer Action:

Klein has paid his $300 special assessment in full as of November 4, 2005. Additionally, he has paid $710 towards his restitution balance as of November 21, 2006.

PROB 12A
(12/98)
RE: KLEIN, Todd

3

The undersigned probation officer is respectfully recommending that no action be taken against the offender to allow for the final disposition of the above case which is still pending.

Respectfully submitted,

by *David J. Backman*

David J. Backman
U. S. Probation Officer
Date: **November 27, 2006**

Approved,

by *John C. Cole*

John C. Cole, Supervising
U. S. Probation Officer
Date: 12-4-06

---

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*Susan J. Dlott*
Signature of Judicial Officer

12/4/06
Date