PROB 12B
(12/98)

# United States District Court

for

## District of Southern Ohio



### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: **Todd W Klein**                                    Case Number: **1:02CR00153**

Name of Sentencing Judicial Officer:    **The Honorable Susan J. Dlott**
                                        **United States District Judge**

Date of Original Sentence: **January 28, 2004**

Original Offense: **Count One-Bank Fraud, a violation of 18 U.S.C. 1344**
          **Counts Two & Three-Interstate Transportation of a Stolen Motor Vehicle, a violation of 18 USC 2312**

Original Sentence: **10 month(s) prison, 60 month(s) supervised release on Count One and 36 months on Counts Two and Three, concurrently.**

Special Conditions: **1) No new lines of credit or establishment of additional lines of credit without approval of the probation officer.**
**2) The defendant shall provide the probation officer access to all requested financial information.**
**3) The defendant shall submit monthly pay stubs to the probation officer.**
**4) The defendant shall comply with all tax laws.**

Type of Supervision: **Term Of Supervised Release**    Date Supervision Commenced: **January 31, 2005**

## PETITIONING THE COURT

[ ]    To extend the term of supervision for years, for a total term of years.
[X]    To modify the conditions of supervision as follows: **A special condition shall be added which requires the offender to serve a three month term of electronically monitored home confinement.**

## CAUSE

**Reference is made to the Probation Form 12A dated November 27, 2006. On April 3, 2007, Mr. Klein appeared in the Hamilton County Court of Common Pleas for adjudication of his pending charges under Docket #: B0610303. At that time, Counts 3-Theft of a Motor Vehicle, 4-Theft of a Motor Vehicle, 6-Forgery, and 7-Forgery, were dismissed. The offender pled guilty to the amended misdemeanor charges of Counts 1-Theft, 2-Theft, and 5-Passing Bad Checks. Mr. Klein was sentenced to 180 days-177 days suspended on all three of these charges and he received 3 days credit for jail time served. He was also placed on one year of non-reporting probation on each of these charges and was ordered to pay court costs and public defender**

attorney fees.

On June 15, 2007, this officer met with Mr. Klein to discuss the proposed modification. This officer explained his rights to counsel and a modification hearing in detail. Klein stated he understood his rights completely, and wanted to waive those rights because he was in agreement with the addition of the condition. He then signed the waiver form.

Mr. Klein's defense counsel, Mr. Scacchetti, Esquire, advised this officer that he is not currently practicing law and could not offer an opinion on this matter.

Based on these factors, this officer respectfully recommends the Court grant the proposed modification.

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *David J Backman* | by | *John Cole* |
|  | **David Backman** |  | John Cole |
|  | U. S. Probation Officer |  | Supervising U. S. Probation Officer |
|  | Date:   June 15, 2007 |  | Date:   June 15, 2007 |

THE COURT ORDERS:



[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

*Susan J. Dlott*
Signature of Judicial Officer

6/20/07
Date

PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

That the conditions of Mr. Klein's supervised release be amended to include the addition of a special condition that requires the offender to serve a three month term of electronically monitored home confinement.

Witness: _David J. Bachman_ Signed: _____
U.S. Probation Officer            Probationer or Supervised Releasee

June 15, 2007
DATE